Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                      Case No.: 16–14669–JNP
                                      Chapter: 13
                                      Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ian P. Hasselberger
   52 Gerogetowne Road
   Lindenwold, NJ 08021

Social Security No.:
   xxx–xx–9856

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                January 7, 2020
Time:               10:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*35* – Certification in Opposition to Cert of Default (related document:34 Creditor's Certification of Default (related document:26 Motion for Relief from Stay re: 52 Georgetowne Road, Lindenwold NJ 08021. Fee Amount $ 181. filed by Creditor New Jersey Housing & Mortgage Finance Agency, 29 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of New Jersey Housing & Mortgage Finance Agency. Objection deadline is 12/18/2019. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit Certification # 3 Proposed Order # 4 Certificate of Service) filed by Creditor New Jersey Housing & Mortgage Finance Agency) filed by Joseph J. Rogers on behalf of Ian P. Hasselberger. (Rogers, Joseph)

and transact such other business as may properly come before the meeting.


Dated: December 17, 2019
JAN:

                                                                               Jeanne Naughton
                                                                               Clerk