Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  16−14669−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ian P. Hasselberger
   52 Gerogetowne Road
   Lindenwold, NJ 08021

Social Security No.:
   xxx−xx−9856

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:             January 7, 2020
Time:                   10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*35* – Certification in Opposition to Cert of Default (related document:34 Creditor's Certification of Default (related document:26 Motion for Relief from Stay re: 52 Georgetowne Road, Lindenwold NJ 08021. Fee Amount $ 181. filed by Creditor New Jersey Housing & Mortgage Finance Agency, 29 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of New Jersey Housing & Mortgage Finance Agency. Objection deadline is 12/18/2019. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit Certification # 3 Proposed Order # 4 Certificate of Service) filed by Creditor New Jersey Housing & Mortgage Finance Agency) filed by Joseph J. Rogers on behalf of Ian P. Hasselberger. (Rogers, Joseph)

and transact such other business as may properly come before the meeting.


Dated: December 17, 2019
JAN:

                                                                                Jeanne Naughton
                                                                                Clerk

```
                            United States Bankruptcy Court
                                  District of New Jersey
```

In re:                                                                  Case No. 16-14669-JNP
Ian P. Hasselberger                                                     Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Dec 17, 2019
                         Form ID: 173    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2019.
db             +Ian P. Hasselberger,    52 Gerogetowne Road,    Lindenwold, NJ 08021-6708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2019 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        Joseph J. Rogers    on behalf of Debtor Ian P. Hasselberger jjresq@comcast.net,
         jjrogers0507@gmail.com
        Joshua I. Goldman    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
         jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Rebecca Ann Solarz    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
         rsolarz@kmllawgroup.com
                                                                                 TOTAL: 6