| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Joseph J. Rogers, Esquire(JJR 1185)<br>Washington Professional Campus<br>900 Route 168, Suite I-4<br>Turnersville, New Jersey 08012<br>856-228-7964 | Order Filed on April 27, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br> Ian P, Hasselberger | Case No: 16-14669<br>Chapter: 13<br>Hearing Date:<br>Judge: Jerrold N. Poslusny Jr |

### ORDER ON MOTION TO CANCEL AND DISCHARGE:

☐ MORTGAGE    ☒ LIEN    ☐ OTHER (specify) _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: April 27, 2021**

_Honorable Jerrold N. Poslusny, Jr._
United States Bankruptcy Court

   The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☐ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) _____

Description of Mortgage/Judgment Lien:

 a. Original Mortgagee/Lienholder: Unifund CCR Partnership
 b. Current Assignee: unknown
 c. Current Servicer: n/a
 d. Date of Mortgage/Lien: 5/8/2007
 e. Date of Recordation: n/a
 f. Place of Recordation: Superior Court of NJ Camden County Special Civil Part
  i. Mortgage Book: n/a
  ii. Page: n/a
 g. Original Principal Balance of Mortgage/Lien: $ 6,054.00

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 16-14669-JNP
Ian P. Hasselberger  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Apr 28, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

**Recip ID**     **Recipient Name and Address**
db     + Ian P. Hasselberger, 52 Gerogetowne Road, Lindenwold, NJ 08021-6708

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:

**Name**     **Email Address**

Denise E. Carlon
    on behalf of Creditor New Jersey Housing & Mortgage Finance Agency dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Joseph J. Rogers
    on behalf of Debtor Ian P. Hasselberger jjresq@comcast.net jjrogers0507@gmail.com

Joshua I. Goldman
    on behalf of Creditor New Jersey Housing & Mortgage Finance Agency josh.goldman@padgettlawgroup.com bkgroup@kmllawgroup.com

Rebecca Ann Solarz
    on behalf of Creditor New Jersey Housing & Mortgage Finance Agency rsolarz@kmllawgroup.com

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Apr 28, 2021 Form ID: pdf903 Total Noticed: 1
TOTAL: 6