| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Ian P. Hasselberger<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9856<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   \_ \_ \_ \_<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–14669–JNP | |

# Order of Discharge                                                                                                                            12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Ian P. Hasselberger

<u>5/5/21</u>                                                                           **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 16-14669-JNP
Ian P. Hasselberger   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 2
Date Rcvd: May 05, 2021   Form ID: 3180W   Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ian P. Hasselberger, 52 Gerogetowne Road, Lindenwold, NJ 08021-6708 |
| 516054286 | | Allied Interstate Inc, PO Box 1954, Southgate, MI 48195-0954 |
| 516222260 | | Borough of Lindenwold, c/o David A. Capozzi, 601 A White Horse Pike, Haddon Heights, NJ 08035 |
| 516054288 | + | CCMUA, Po Box 1105, Bellmawr, NJ 08099-5105 |
| 516161698 | + | CCMUA, 1645 Ferry Ave, Camden, NJ 08104-1360 |
| 516054289 | + | Cenlar Loan Admin & Reporting (Cenlar), 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 516054290 | | Eichenbaum & Stylianou LLC, PO Box 914, Paramus, NJ 07653-0914 |
| 516095960 | + | HESAA, PO Box 548, Trenton, NJ 08625-0548 |
| 518868629 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518868630 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798 FRANKFORT KY 40602-0798 |
| 516054294 | + | KML Law Group PC, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 516054293 | + | Kivitz McKeever Lee, PC, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 516054295 | + | Lindenwold MUA, 15 N. White Horse Pike, Lindenwold, NJ 08021-7564 |
| 516054296 | + | Lvnv Funding, PO Box 385908, Minneapolis, MN 55438-5908 |
| 516054297 | + | Mary Jane Stevens, 6903 Harvey Avenue, Merchantville, NJ 08109-2754 |
| 516293643 | + | New Jersey Housing & Mortgage Finance Agency, Cenlar FSB, 425 Phillips BLVD, Ewing, NJ 08618-1430 |
| 516054299 | + | Nj High Ed, Hesaa/Attn: Bankruptcy Department, Po Box 548, Trenton, NJ 08625-0548 |
| 516054301 | | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 516054302 | + | Raymond Meisenbacher & Sons, 739 East Main St, Bridgewater, NJ 08807-3339 |
| 516054303 | + | Rider University, 2083 Lawrenceville Rd, Lawrenceville, NJ 08648-3099 |
| 516054304 | + | Rjm Acq Llc, 575 Underhill Blvd Ste 2, Syosset, NY 11791-3426 |
| 516054305 | + | Sharinn & Lipshie PC, 333 Earle Ovington Blvd. Suite 102, Uniondale, NY 11553-3616 |
| 516054307 | + | Unifund CCR Partners, 10625 Techwoods Circle, Cincinnatti, OH 45242-2846 |
| 516101001 | + | Unifund CCR Partners, Sharinn and Lipshie, PC, 333 Earle Ovington Blvd., Suite 102, Uniondale, NY 11553-3616 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 05 2021 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 05 2021 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516054285 | + | EDI: AFNIRECOVERY.COM | May 06 2021 00:23:00 | Afni, Inc., 404 Brock Dr, Bloomington, IL 61701-3963 |
| 516054287 | + | EDI: BANKAMER.COM | May 06 2021 00:23:00 | Bank of America, Attn: Correspondence Unit/CA6-919-02-41, Po Box 5170, Simi Valley, CA 93062-5170 |
| 516054291 | + | Email/Text: bankruptcy@fncbinc.com | May 05 2021 20:24:00 | First National Collect, 610 Waltham Way, Sparks, NV 89437-6695 |
| 516054292 | + | EDI: PHINHARRIS | May 06 2021 00:23:00 | Harris & Harris LTD, 111 West Jackson Boulevard Suite 400, Chicago, IL 60604-4135 |
| 516072218 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | May 05 2021 21:11:49 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|
| 516289766 | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 21:10:43 | LVNV Funding, LLC its successors and assigns as, assignee of Bank of America, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516054298 | + EDI: BANKAMER2.COM | May 06 2021 00:23:00 | MBNA, PO Box 15288, Wilmington, DE 19850-5288 |
| 516054300 | + Email/Text: ebn@vativrecovery.com | May 05 2021 20:25:00 | Palisades Collection L, 210 Sylvan Ave, Englewood Clif, NJ 07632-2510 |
| 516054306 | EDI: TDBANKNORTH.COM | May 06 2021 00:23:00 | TD Bank, 9000 Atrium Way, Mt Laurel, NJ 08054 |
| 516054308 | + EDI: VERIZONCOMB.COM | May 06 2021 00:18:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 07, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2021 at the address(es) listed below:

**Name** **Email Address**

Denise E. Carlon
on behalf of Creditor New Jersey Housing & Mortgage Finance Agency dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Joseph J. Rogers
on behalf of Debtor Ian P. Hasselberger jjresq@comcast.net  jjrogers0507@gmail.com

Joshua I. Goldman
on behalf of Creditor New Jersey Housing & Mortgage Finance Agency josh.goldman@padgettlawgroup.com  bkgroup@kmllawgroup.com

Rebecca Ann Solarz
on behalf of Creditor New Jersey Housing & Mortgage Finance Agency rsolarz@kmllawgroup.com

TOTAL: 6